IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MANUEL WILSON,

        Plaintiff,                    No. CIV 2:10-cv-1156-LKK-JFM (PS)

    vs.

ALLIED-BARTON SECURITY SERVICES,

        Defendant.               ORDER

_____/

        Plaintiff is proceeding in this action pro se. Plaintiff seeks to proceed in forma pauperis. 28 U.S.C. § 1915. This proceeding was referred to this court by Local Rule 302(c)(21).

        Plaintiff has submitted the affidavit required by § 1915(a) showing that plaintiff is unable to prepay fees and costs or give security for them. Accordingly, the request to proceed in forma pauperis will be granted. 28 U.S.C. § 1915(a).

        The complaint states a cognizable claim for relief pursuant to 28 U.S.C. § 1915A(b). If the allegations of the complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's request to proceed in forma pauperis is granted;

        2. The Clerk of the Court shall send plaintiff 1 USM-285 form, one summons, an

1

1 instruction sheet and a copy of the complaint filed May 11, 2010.

2     3. Within thirty days from the date of this order, plaintiff shall complete the
3 attached Notice of Submission of Documents and submit the completed Notice to the court with
4 the following documents:

5     a. One completed summons;

6     b. One completed USM-285 form for each defendant named in the
7 complaint; and

8     c. Two (2) copies of the endorsed complaint filed May 11, 2010.

9     4. Plaintiff need not attempt service on defendant and need not request waiver of
10 service. Upon receipt of the above-described documents, the court will direct the United States
11 Marshal to serve the above-named defendant pursuant to Federal Rule of Civil Procedure 4
12 without prepayment of costs.

13     5. Failure to comply with this order may result in a recommendation that this
14 action be dismissed.

15 DATED: May 18, 2010.

                                    UNITED STATES MAGISTRATE JUDGE

/014;wils1156.ifpgrant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MANUEL WILSON,

        Plaintiff,                   No. CIV 2:10-cv-1156-LKK-JFM (PS)

    vs.

ALLIED-BARTON SECURITY SERVICES,               NOTICE OF SUBMISSION

        Defendant.              OF DOCUMENTS

_____/

        Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        _____        completed summons form

        _____        completed USM-285 forms

        _____        copies of the complaint

DATED:

                                                        _____

                                                        Plaintiff