IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MANUEL WILSON,

        Plaintiff,                      No. CIV 2:10-cv-1156-LKK-JFM (PS)

    vs.

ALLIED-BARTON SECURITY SERVICES,

        Defendant.                ORDER

_____/

        Plaintiff is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 12101.

        On June 15, 2010, the court ordered the United States Marshal to serve the complaint on defendant. Process directed to defendant Allied-Barton Security Services was returned unserved because "not deliverable as addressed." Plaintiff must provide additional information to serve this defendant. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

        Accordingly, IT IS HEREBY ORDERED that:

/////

1. The Clerk of the Court is directed to send to plaintiff 1 USM-285 form, along with an instruction sheet and a copy of the complaint filed May 11, 2010;

2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

    a. One completed USM-285 form for each defendant;

    b. Two copies of the endorsed complaint filed May 11, 2010; and

    c. One completed summons form (if not previously provided)

or show good cause why he cannot provide such information.

DATED: October 18, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

/014;wils1156.8e

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MANUEL WILSON,

        Plaintiff,                    No. CIV 2:10-cv-1156-LKK-JFM (PS)

   vs.

ALLIED-BARTON SECURITY SERVICES,                <u>NOTICE OF SUBMISSION</u>

        Defendant.               <u>OF DOCUMENTS</u>

_____/

        Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        _____ completed summons form

        _____ completed USM-285 forms

        _____ copies of the _____
                                    Complaint

DATED:

                                              _____
                                              Plaintiff